UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

v.

ANDREW FARKAS and ANGELICA PARKER f/k/a ANGELICA CECORA

                Defendants.

25-CV-4738 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On June 3, 2025, Judge Ho, having considered the standards articulated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008), permitted Plaintiff to file the complaint in this action under seal, to file a redacted complaint on the public docket, and to proceed under the pseudonym "John Doe." That order was effective for fourteen days. This Court agrees with Judge Ho's conclusions and will similarly permit Plaintiff to maintain the unredacted complaint under seal and proceed under a pseudonym temporarily, pending service of the complaint. Within thirty (30) days of service of the complaint, Plaintiff shall file a renewed—public—motion to maintain the unredacted complaint under seal and to continue to proceed anonymously. With respect to sealing and redaction of the complaint, the motion should comport with Rule 5.A of this Court's Individual Rules & Practices in Civil Cases. In the absence of a timely filed motion, the Court will order that the unredacted complaint be unsealed and Plaintiff's name disclosed.

SO ORDERED.

Dated:    June 9, 2025
             New York, New York

                                                            Hon. Ronnie Abrams
                                                             United States District Judge