

Christine A. Amalfe
Director

Gibbons P.C.
One Pennsylvania Plaza
45th Floor, Suite 4515
New York, NY 10119
Direct: 973-596-4829 Fax: +1 973-639-6230
camalfe@gibbonslaw.com

July 10, 2025

**FILED ON ECF VIA LETTER-MOTION**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

> Re:    *John Doe v. Andrew Farkas and Angelica Parker*, Case No. 25 Civ. 4738
> **Letter-Motion for Clarification and, in the Alternative, for an Extension of
> Time to File Renewed—Public—Motion to Maintain the Unredacted
> Complaint under Seal and to Continue to Proceed Anonymously**

Dear Judge Abrams:

This Firm represents Plaintiff John Doe (proceeding under a pseudonym pursuant to Court order) ("Plaintiff") in the above-referenced matter.

We submit this letter motion pursuant to Rule 1.D. of Your Honor's Individual Rules & Practices in Civil Cases to (1) seek clarification concerning the Court's June 9, 2025 Order (ECF No. 4) and, in the alternative, (2) request an extension of time of thirty (30) days, from July 14, 2025 to August 13, 2025, within which to file a renewed—public—motion to maintain the unredacted complaint in this case under seal and to continue to proceed anonymously, as the Court directed in its June 9, 2025 Order. Defendant Farkas, the only defendant to have been served and appeared to date, consents to this request.

The Court's June 9, 2025 Order provides that: "Within thirty (30) days of service of the complaint, Plaintiff shall file a renewed—public—motion to maintain the unredacted complaint under seal and to continue to proceed anonymously. . . ." Plaintiff seeks clarification as to whether the 30-day time period to file a motion to maintain sealing of the unredacted complaint begins to run upon service of only one Defendant – or whether it begins to run after *both* Defendants in this action are served. Defendant Andrew Farkas was served on June 12, 2025. (*See* ECF Nos. 7, 9.) However, Defendant Angelica Parker has not yet been served. Thus, if the time period begins to run upon the service of one Defendant, Plaintiff's deadline to file a renewed motion to maintain the unredacted complaint under seal and to continue to proceed anonymously is July 14, 2025. Conversely, if the 30-day time period to file the renewed motion does not begin to run until both Defendants are served, then the 30-day time period has not yet begun to run, as Defendant Parker has not yet been served.

GIBBONS P.C.

Honorable Ronnie Abrams, U.S.D.J.
July 10, 2025
Page 2

In the event that the 30-day time period began to run upon service of Defendant Farkas, Plaintiff respectfully requests an extension of time of thirty (30) days, from July 14, 2025 to August 13, 2025, within which to file a renewed—public—motion to maintain the unredacted complaint under seal and to continue to proceed anonymously.  In support of this request, Plaintiff states the following:

- Because Defendant Farkas was served on June 12, 2025 (and assuming the 30-day time period is triggered by the service on Defendant Farkas alone), the original due date for Plaintiff's motion—pursuant to the Court's June 9, 2025 Order (ECF No. 4) and Fed. R. Civ. P. 6(a)(1)(C)—is July 14, 2025;

- This would be the first request for an extension of time to file this motion;

- Both Defendants consent to this request for extension of time; and

- The requested extension of time will not impact any other scheduled dates in this action and, in particular, will not impact any dates set forth in the Court's Order and Notice of Initial Conference (ECF No. 5).

In addition to the foregoing, good cause exists for the requested extension.  Specifically, on June 30, 2025, Defendant Andrew Farkas requested an extension of time from July 2, 2025 to August 1, 2025, within which to respond to the Complaint, which the Court granted.  (ECF Nos. 7-8.)  Defendant Farkas noted in his letter request that his counsel need time to familiarize themselves with the case and that they hope to engage in settlement discussions with Plaintiff.  Plaintiff also is in settlement discussions with Defendant Parker.  Adjourning the deadline for Plaintiff to file a public motion to maintain the sealing of the unredacted complaint and to continue to proceed anonymously would enable the parties to engage in meaningful settlement discussions, which could be undermined by the filing of a public motion.

Accordingly, Plaintiff respectfully requests (1) clarification concerning when the 30-day time period under the Court's June 9, 2025 Order (ECF No. 4) is triggered, and (2) in the event that the 30-day time period was triggered by the effectuation of service on Defendant Farkas on June 12, 2025, an extension of time to file a renewed—public—motion to maintain the unredacted complaint in this case under seal and to continue to proceed anonymously from July 14, 2025 to and including August 13, 2025.

We thank the Court for its time and consideration of this matter.

GIBBONS P.C.

Honorable Ronnie Abrams, U.S.D.J.
July 10, 2025
Page 3

                              Respectfully submitted,

                              */s/ Christine A. Amalfe*

                              Christine A. Amalfe

cc:     Counsel to all parties (via ECF, e-mail and U.S. Mail)

Application granted.  The thirty-day period for
Plaintiff to file a public motion began to run on the
date Defendant Farkas was served.  In light of the
parties' ongoing settlement discussions and
Defendants' consent, that period is hereby extended
through August 13, 2025.

Plaintiff is advised, however, that settlement of this
action will not necessarily moot the issue of
whether the unredacted complaint may remain
under seal.  *See Doe 1 v. JP Morgan Chase Bank*,
N.A., 742 F. Supp. 3d 387, 393-95 (S.D.N.Y.
2024). The Court will decide that issue if and when
appropriate.

Finally, both Judge Ho's June 3, 2025 Order and
this Court's June 9, 2025 Order required that the
redacted complaint be filed on the public docket.
Accordingly, the Clerk of Court is respectfully
directed to remove access restrictions from ECF
No. 1.

SO ORDERED.

Hon. Ronnie Abrams
July 11, 2025