UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

     Plaintiff,

    v.

ANDREW FARKAS and ANGELICA PARKER f/k/a ANGELICA CECORA,

     Defendants.

No. 25-cv-4738 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  It has been reported to the Court that this case has been settled in principle. Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Clerk of Court is respectfully directed to close this case.

  As the Court noted in its prior order, however, the settlement of this action does not moot the issue of whether the unredacted complaint may remain under seal. *See Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 140 (2d Cir. 2016) (holding "that pleadings—even in settled cases—are Judicial records subject to a presumption of public access."). Accordingly, no later than August 19, 2025, the parties shall file a joint letter indicating whether any party seeks to maintain the unredacted complaint under seal and, if so, shall submit a proposed

briefing schedule for a sealing motion.

SO ORDERED.

Dated:	August 12, 2025
	New York, New York

_____
Ronnie Abrams
United States District Judge