**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN DOE,

Plaintiff,

v.

ANDREW FARKAS and ANGELICA PARKER f/k/a ANGELICA CECORA,

Defendants.

Case No. 25-CV-4738

**ORDER**

This matter having been brought before the Court by way of motion filed by Plaintiff John Doe ("Plaintiff" or "Doe") and Defendant Andrew Farkas ("Farkas"), through their respective attorneys, Gibbons P.C. and Kaplan Martin LLP, for an Order, pursuant to Federal Rule of Civil Procedure 5.2(d), 15 U.S.C. § 6851, Rule 5.A of the Court's Individual Rules & Practices in Civil Cases, (i) permanently maintaining the anonymity of Plaintiff in this action, including permanently maintaing the sealing of Plaintiff's true name and directing that Plaintiff's pseudonym remain on all public Court documents in this action, and (ii) permanently maintaining the sealing of the unredacted Complaint in this action; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this __14__ day of __July__, 2026

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that for the reasons articulated in the joint memorandum of law Plaintiff may maintain his anonymity permanently, Plaintiff's true name shall remain sealed permanently and Plaintiff's pseudonym shall remain on all public Court documents in this action; and it is

**FURTHER ORDERED**, that the unredacted Complaint in this action shall remain sealed permanently.

Hon. Ronnie Abrams